# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOE SELLIKEN, <br> *Plaintiff* <br> v. <br> COUNTRY MUTUAL INSURANCE COMPANY, <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 12-CV-0515-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Country Mutual Insurance Company recover costs from the plaintiff *(name)* Joe Selliken .

☐ other:


This action was *(check one)*:

☑ tried by a jury with Judge THOMAS O. RICE presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____


Date: February 6, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen